No. 76–808. Ambach, Commissioner of Education of the State of New York, et al. v. Norwick et al. Appeal from D. C. S. D. N. Y. [Probable jurisdiction noted *sub nom. Nyquist* v. *Norwick,* 436 U. S. 902.] Motion of Washington Lawyers' Committee for Civil Rights Under Law et al. for leave to file a brief as *amici curiae* granted.

No. 77–648. Federal Energy Regulatory Commission v. Pennzoil Producing Co. et al. C. A. 5th Cir. [Certiorari granted, 436 U. S. 955.] Motion of respondents for divided argument granted. Mr. Justice Stewart and Mr. Justice Powell took no part in the consideration or decision of this motion.

No. 77–926. Cannon v. University of Chicago et al. C. A. 7th Cir. [Certiorari granted, 438 U. S. 914.] Motion of petitioner for additional time for oral argument denied.

No. 77–1119. Orr v. Orr. Ct. Civ. App. Ala. ([Probable jurisdiction noted, 436 U. S. 924.] Motion of American Civil Liberties Union for leave to file a brief as *amicus curiae* granted.

No. 77–1254. Vance, Secretary of State, et al. v. Bradley et al. D. C. D. C. [Probable jurisdiction noted, 436 U. S. 903.] Motion of Claude Pepper et al. for leave to file a brief as *amici curiae* granted.

No. 77–1327. Lake Country Estates, Inc., et al. v. Tahoe Regional Planning Agency et al. C. A. 9th Cir. [Certiorari granted, 436 U. S. 943.] Motion of respondents for divided argument granted. Alternative request for additional time for oral argument denied.

No. 77–1388. Massachusetts v. White. Sup. Jud. Ct. Mass. [Certiorari granted, 436 U. S. 925.] Motion of Americans for Effective Law Enforcement, Inc., for leave to file a brief as *amicus curiae* granted.